```
TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com
```

Attorneys for Plaintiffs
DAVID GAUTHIER and JOSE SOLORIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID GAUTHIER and JOSE SOLORIO,<br><br>    Plaintiffs,<br><br>    v.<br><br>MASTER PLUMBING AND SEWER, INC.,<br><br>    Defendants. | Case No.  13-CV-01249 PSG<br><br>**STIPULATION TO DISMISS PLAINTIFF JOSE SOLORIO WITH PREJUDICE** |

TO THIS COURT AND ALL PARTIES WHO HAVE MADE AN APPEARANCE:

The parties in the above-referenced matter hereby stipulate to dismiss Plaintiff JOSE SOLORIO with prejudice, who has settled his claims in this action against Defendants.

Dated: July 7, 2014
                                                    //s//*Huy Tran*
                                                    Huy Tran
                                                    JUSTICE AT WORK LAW GROUP
                                                    Attorney for Plaintiffs
                                                    DAVID GAUTHIER and JOSE SOLORIO

| | |
|---|---|
| Dated: July 7, 2014 | *//s//Karin Cogbill*<br>Karin Cogbill<br>LITTLER MENDELSON P.C.<br>Attorney for Defendant<br>MASTER PLUMBING AND SEWER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID GAUTHIER and JOSE SOLORIO,<br><br>            Plaintiffs,<br><br>    v.<br><br>MASTER PLUMBING AND SEWER, INC.,<br><br>            Defendants. | Case No.  13-CV-01249 PSG<br><br>**[~~PROPOSED~~] ORDER DISMISSING JOSE SOLORIO AS A PLAINTIFF** |

THE COURT ORDERS AS FOLLOWS:

Based on good cause and the stipulation of the parties, Plaintiff JOSE SOLORIO is hereby dismissed from this matter with prejudice.

IT IS SO ORDERED.

Dated: July 7, 2014                     By: *[signature]*
                                            The Honorable Magistrate Judge
                                            PAUL S. GREWAL